**No. 69785.**—Karl Schroff & Assoc. et al. *v.* United States, protests 60/30797–11586, etc. (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of parts of hydaulic pumps, dedicated to use therewith, similar in all material respects to those the subject of Abstract 69245, the claim of the plaintiffs was sustained.

FEBRUARY 7, 1966

**No. 69786.**—Davidow, Inc., Sportswear et al. *v.* United States, protests 59/15184, etc. Protests abandoned December 16, 1965. (Not published.) (Initial No. 60/3988.) Plaintiffs' application for rehearing granted.

FEBRUARY 9, 1966

**No. 69787.**—Beauti-Vue Products Company *v.* United States, protests 62/19724–12330, etc.—Plaintiff's application for rehearing granted.